SCAN
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, f/k/a MEDIA ARTS GROUP, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TUESDAY MORNING CORPORATION, a Delaware corporation; MILL CREEK PRESS, INC., d/b/a ADVANCED ART, a Texas corporation; and DOES 1-10,<br><br>    Defendant.<br><br>MILL CREEK PRESS, INC., d/b/a ADVANCED ART, a Texas corporation,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>THE THOMAS KINKADE COMPANY, f/k/a MEDIA ARTS GROUP, INC.,<br><br>    Counterclaim Defendant. | Case No. CV-04-4015 RSWL (MANx)<br><br>**ORDER FOR JUDGMENT BASED ON STIPULATION THEREFOR** |

In accordance with an as stipulated and agreed to by and between THE THOMAS KINKADE COMPANY, LLC, a California Limited Liability Company, the successor to THE THOMAS KINKADE COMPANY, INC., a California corporation, the successor to THE THOMAS KINKADE COMPANY, INC., a

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

MA73-0000005
3377596.1

Order for Judgment Based on Stipulation Therefor

1

Delaware corporation, the successor to MEDIA ARTS GROUP INC., a Delaware corporation, and MILL CREEK PRESS INC., a Texas corporation, doing business as ADVANCED ART,

   IT IS HEREBY ADJUDGED, ORDERED AND DECREED, THAT:

   1.   THE THOMAS KINKADE COMPANY, LLC shall have judgment against MILL CREEK PRESS, INC. in the sum of $400,000 on the claims raised in its First Amended Complaint on file in this action.

   2.   Said judgment shall bear interest at the rate of 10% per year until paid.

   3.   If payment is not immediately made on this judgment, in the amount due as determined in accordance with the terms and performance of the Settlement Agreement, THE THOMAS KINKADE COMPANY, LLC may immediately execute on this judgment by any means or remedy available at law for collection of or execution on judgments.

   4.   THE THOMAS KINKADE COMPANY, LLC is entitled to attorneys' fees and costs, if it moves for awards thereof, in the manner and time provided by law.

   5.   The judgment is immediately operative for purposes of collection and enforcement, even if THE THOMAS KINKADE COMPANY, LLC moves for and receives awards of attorneys' fees and costs after the date the judgment is entered.

   6.   The Clerk of this Court enter this judgment in this matter, in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure. Judgment shall be so entered forthwith.

Dated: May 23, 2008

/ S /
_____
Honorable Ronald S. W. Lew
Senior U.S. District Court Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

MA73-0000005
3377596.1

2

Order for Judgment Based on Stipulation Therefor