| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, f/k/a MEDIA ARTS GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TUESDAY MORNING CORPORATION, a Delaware corporation; MILL CREEK PRESS, INC., d/b/a ADVANCED ART, a Texas corporation; and DOES 1-10,<br><br>　　　　Defendant. | Case No. CV-04-4015 RSWL (MANx)<br><br>JUDGMENT IN ACCORDANCE WITH STIPULATION |
| MILL CREEK PRESS, INC., d/b/a ADVANCED ART, a Texas corporation,<br><br>　　　　Counterclaim Plaintiff,<br><br>　vs.<br><br>THE THOMAS KINKADE COMPANY, f/k/a MEDIA ARTS GROUP, INC.,<br><br>　　　　Counterclaim Defendant. | |

As between THE THOMAS KINKADE COMPANY, LLC, a California Limited Liability Company, the successor to THE THOMAS KINKADE

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

MA73-0000005
3382674.1

1

Judgment In Accordance With Stipulation

1  COMPANY, INC., a California corporation, the successor to THE THOMAS
2  KINKADE COMPANY, INC., a Delaware corporation, the successor to MEDIA
3  ARTS GROUP INC., a Delaware corporation, and MILL CREEK PRESS INC.,
4  a Texas corporation, doing business as ADVANCED ART, in accordance with and
5  subject to the terms and the performance of a Settlement Agreement the parties have
6  entered into,

7      IT IS ORDERED, ADJUDGED AND DECREED that the Clerk of this Court
8  forthwith enter judgment in this matter, according to the provisions of Rule 58 of the
9  Federal Rules of Civil Procedure, as follows:

10     1.   THE THOMAS KINKADE COMPANY, LLC shall have judgment
11 against MILL CREEK PRESS, INC. in the sum of $400,000 on the claims raised in
12 its First Amended Complaint on file in this action.

13     2.   Said judgment shall bear interest at the rate of 10% per year until paid.

14     3.   If payment is not immediately made on this judgment, in the amount
15 due as determined in accordance with the terms and performance of the Settlement
16 Agreement, THE THOMAS KINKADE COMPANY, LLC may immediately
17 execute on this judgment by any means or remedy available at law for collection of
18 or execution on judgments.

19     4.   THE THOMAS KINKADE COMPANY, LLC is entitled to attorneys'
20 fees and costs, if it moves for awards thereof, in the manner and time provided by
21 law.

22     5.   The judgment is immediately operative for purposes of collection and
23 enforcement, even if THE THOMAS KINKADE COMPANY, LLC moves for and
24 receives awards of attorneys' fees and costs after the date the judgment is entered.

26 Dated: June 20, 2008                    _____/ S /_____
                                          Hon. Ronald S.W. Lew
                                          Senior U.S. District Court Judge

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

MA73-0000005
3382674.1

2

Judgment In Accordance With Stipulation